# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dikeba D. Gross,<br><br>                        Plaintiff(s)/Petitioner(s)<br><br>  v.<br><br>Los Angeles Unified School District,<br><br>             Defendant(s)/Respondent(s) | Case No.<br>       2:26-01041-DSF-PD<br><br>**ORDER RE: REPORT AND RECOMMENDATION**<br>**ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

    ☒ accepts the findings, conclusions and recommendations of the Magistrate Judge.

    ☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.

    ☐ _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

    ☒ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

    ☐ **DENIED**. This case is DISMISSED   ☐ with prejudice. ☐ without prejudice. **(JS-6.)**

    ☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
        If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

    ☐ **GRANTED**.

    ☐ **GRANTED. IT IS FURTHER ORDERED that:**
        In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

    ☐ **GRANTED;**
        ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
        ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other**:**

Dated: _____4/27/2026_____

By: _____
        HON. DALE S. FISCHER
        UNITED STATES DISTRICT JUDGE

CV-73OR 3/26        Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
                          (Civil Rights, Habeas, and Social Security)